ROMAN OTKUPMAN, CA Bar No.249423
roman@OLFLA.com
RITA LEONG, CA Bar No.300058
rita@OLFLA.com
KYLE DOMINGUEZ, CA Bar No.294094
kyle@OLFLA.com
OTKUPMAN LAW FIRM
A Law Corporation
21800 Oxnard Street, Suite 1160
Woodland Hills, CA 91367

Attorneys for Plaintiff
KELLY WELCH


BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletree.com
RACHEL J. MOROSKI, CA Bar No. 286805
rachel.moroski@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KELLY WELCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., an Arkansas Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 2:16-CV-02002-MCE-DB<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 7, 2016<br>Trial Date:　　None Set |

| | |
|---|---|
| 1 | **TO THE COURT AND ALL PARTIES:** |
| 2 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kelly |
| 3 | Welch ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Defendant"), stipulate and jointly |
| 4 | request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above- |
| 5 | entitled action, in its entirety. Each party shall bear her or its own costs and attorneys' expenses. |
| 6 | IT IS SO STIPULATED. |

DATED: August 14, 2017                OTKUPMAN LAW FIRM

By: /s/ *Roman Otkupman* (as authorized on August 14, 2017)
    Roman Otkupman
    Rita Leong
    Kyle Dominguez
    Attorneys for Plaintiff
    KELLY WELCH

DATED: August 14, 2017                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Rachel J. Moroski*
    Becki D. Graham
    Rachel J. Moroski
    Attorneys for Defendant
    WAL-MART STORES, INC.

**ORDER**

Based on the parties' stipulation and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses the above-captioned matter, in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: August 15, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE